UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X Case No.: 1:26-cv-07582-RA

VICTORIA DRAKE,

Plaintiff,

- against -

PAOLO ZAMPOLLI, individually,

Defendant.

---------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

To the clerk of this court and all parties of record: Please enter my appearance as a counsel for Plaintiff in the herein action. I certify that I am admitted to practice in this court.

Dated: October 27, 2026
New York, New York

Respectfully submitted,

**Arcé Law Group, P.C.**
*Attorneys for Plaintiff*

*/s/ Max C. Bracero, Esq.*
Max C. Bracero, Esq.
45 Broadway, Suite 2801
New York, NY 10006
(212) 248-0120
max.bracero@arcelawgroup.com