UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA DRAKE,

Plaintiff,

v.

PAOLO ZAMPOLLI,

Defendant.

26-CV-7582 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The initial status conference currently scheduled for November 4, 2026, is adjourned *sine die* in light of the fact that Defendant has not yet been served.

SO ORDERED.

Dated: November 2, 2026
New York, New York

Ronnie Abrams
United States District Judge