ARCÉ LAW GROUP, PC
45 Broadway, Suite 2810
New York, NY 10006
P: 212-248-0120 / F: (212) 901-2107

November 18, 2026

**Via ECF:**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Victoria Drake v. Paolo Zampolli**
**Case No. 1:26-CV-07582-RA**

Dear Judge Abrams:

This office represents Plaintiff in the above-mentioned action. We respectfully submit this letter in further support of Plaintiff's Motion for Alternative Service of Process (Dkt. No. 6), and to advise the Court of recent developments since that motion has been filed.

On October 26, 2026, an attorney (who is known to have previously represented Defendant Zampolli) emailed the undersigned and requested a copy of Plaintiff's Motion for Alternative Service. **It is worth noting that the attorney copied Defendant Zampolli's personal email address on this communication**. Plaintiff emailed Defendant Zampolli a copy of Plaintiff's motion that very same day. The attorney contacted the undersigned again in November. This time, the attorney requested that Plaintiff email waiver of service forms to Defendant Zampolli directly. Accordingly, on November 4, 2026, Plaintiff emailed Defendant Zampolli a copy of the Complaint and Summons, and waiver of service forms. To date, Defendant Zampolli has not returned an executed waiver. Nonetheless, these communications confirm what Plaintiff has set forth in her motion: that Defendant Zampolli is aware of this action, anticipates service, and has consulted counsel regarding his response to it.[1] Based on the foregoing, Plaintiff respectfully requests that the Court issue an order pursuant to Fed. R. Civ. Pro. 4 and CPLR § 308(5), authorizing alternative service of process by (1) electronic mail; (2) text message; or (3) mail to Defendant Zampolli's previously appointed / known counsel, together with such other and further relief as the Court deems just and proper.

We thank the Court for its time and attention to this matter.

---

[1] Plaintiff is prepared to submit copies of the foregoing communications for *in camera* review should the Court find it necessary.

Respectfully submitted,

**Arcé Law Group, P.C.**
*Attorneys For Plaintiff*

*/s/ Max C. Bracero, Esq.*___
Max C. Bracero, Esq.
45 Broadway, Suite 2810
New York, NY 1106
max.bracero@arcelawgroup.com
(212) 248-0120

.